EMANUEL LEE DUCKSWORTH, JR
MARCELENE MICHELLE THOMPSON-DUCKSWORTH
19 PINE BARK COVE
HATTIESBURG, MS 39401

COMENITY
PO BOX 182273
COLUMBUS, OH 43218-2273

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

COMPREHENSIVE RADIO
PO BOX 3488
TUPELO, MS 38803

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

AAA AMBULANCE
207 S 28TH AVE
HATTIESBURG, MS 39402

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CROWN ASSET MANAGEMENT
3100 BRECKENRIDGE BLVD
STE 725
DULUTH, GA 30096

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

ALBERT
340 S LEMON AVE
STE 3801
CULVER CITY, CA 90232

D&A SERVICES
1400 E TOUHY AVE
STE G2
DES PLAINES, IL 60018

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

BALANCE HEALTHCARE REC
164 BURKE ST
STE 201
NASHUA, NH 03060

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

EDFINANCIAL SERVICES L
120 N SEVEN OAKS DRIVE
KNOXVILLE, TN 37922

PERSONIFY
P.O. BOX 208417
DALLAS, TX 75320-8417

CAVALRY PORTFOLIO
ATTN: BANKRUPTCY
1 AMERICAN LN STE 220
GREENWICH, CT 06831

EMPOWER
10700 NALL AVE
LEAWOOD, KS 66211

REGIONS BANK
ATTN: BANKRUPTCY
2050 PARKWAY OFFICE
BIRMINGHAM, AL 35244

CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181

FORREST GENERAL HOSP
6051 MS HWY 49
HATTIESBURG, MS 39401

RELIAS EMERGENCY MED
P.O. BOX 30275
CHARLOTTE, NC 28230

```
RELIAS EMERGENCY MEDIC
P.O. BOX 30275
CHARLOTTE, NC 28230-0207


SANTANDER CONSUMER
ATTN: BANKRUPTCY
PO BOX 961211
FORT WORTH, TX 76161


TBOM
14600 NORTHWEST
BEAVERTON, OR 97006


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232
```