**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Emanuel Lee Ducksworth, Jr               Case No. 25-51571-KMS
            Marcelene Michelle Thompson-Ducksworth, Debtors    CHAPTER 13

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before December 8, 2025. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on December 16, 2025, at 01:30 PM in the William Colmer Federal Building, 701 N. Main Street, Hattiesburg, MS 39401, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: October 23, 2025                      /s/ Thomas C. Rollins, Jr.
                                                    *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Emanuel Lee Ducksworth, Jr** | |
| | Full Name (First, Middle, Last) | |
| Debtor 2 | **Marcelene Michelle Thompson-Ducksworth** | |
| (Spouse, if filing) | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | ☐ Check if this is an amended plan, and list below the sections of the plan that have been changed. |
| Case number: (If known) | | |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance            12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1 Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$312.11**__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

> **Walmart**
> **702 SW 8th St**
> **Bentonville AR 72716-0000**

APPENDIX D                              Chapter 13 Plan                              Page 1

| | | | |
|---|---|---|---|
| Debtor | **Emanuel Lee Ducksworth, Jr** | Case number | |
| | **Marcelene Michelle Thompson-Ducksworth** | | |

Joint Debtor shall pay __**$338.12**__ ( ☐ monthly, ☑ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

      **MS Dept of Child Protection Services**
      **750 N State St**
      **Jackson MS 39202-0000**

**2.3**     **Income tax returns/refunds.**

*Check all that apply*

☑    Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐    Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐    Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
   *Check one.*

☑    **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:**    **Treatment of Secured Claims**

**3.1**     **Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑    **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2**     **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one..*

☑    **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3**     **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☐    **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑    The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| Santander Consumer | 2025 Jeep Grand Cherokee 8928 miles | $41,785.00 | 10.00% |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4**     **Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑    **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5**     **Surrender of collateral.**

Debtor **Emanuel Lee Ducksworth, Jr** Case number
       **Marcelene Michelle Thompson-Ducksworth**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Tower Loan | Household Goods |

*Insert additional claims as needed.*

## Part 4: Treatment of Fees and Priority Claims

**4.1 General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3 Attorney's fees.**

☑ No look fee: **4,600.00**

Total attorney fee charged: $**4,600.00**

Attorney fee previously paid: $**272.00**

Attorney fee to be paid in plan per confirmation order: $**4,328.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑ **None.** If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5 Domestic support obligations.**

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☑ The sum of $ **17,509.13**
☐ ____% of the total amount of these claims, an estimated payment of $____
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

**Mississippi Chapter 13 Plan**     Page 3

| Debtor | **Emanuel Lee Ducksworth, Jr** | Case number | |
|---|---|---|---|
| | **Marcelene Michelle Thompson-Ducksworth** | | |

    ☑    **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

### Part 6:   Executory Contracts and Unexpired Leases

**6.1**   The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one*.

    ☑    **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

### Part 7:   Vesting of Property of the Estate

**7.1**   Property of the estate will vest in the debtor(s) upon entry of discharge.

### Part 8:   Nonstandard Plan Provisions

**8.1**   **Check "None" or List Nonstandard Plan Provisions**

    ☑    **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

### Part 9:   Signatures:

**9.1**   **Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| | |
|---|---|
| X **/s/ Emanuel Lee Ducksworth, Jr** | X **/s/ Marcelene Michelle Thompson-Ducksworth** |
| **Emanuel Lee Ducksworth, Jr** | **Marcelene Michelle Thompson-Ducksworth** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **October 20, 2025** | Executed on    **October 20, 2025** |
| **19 Pine Bark Cove** | **19 Pine Bark Cove** |
| Address | Address |
| **Hattiesburg MS 39401-0000** | **Hattiesburg MS 39401-0000** |
| City, State, and Zip Code | City, State, and Zip Code |
| Telephone Number | Telephone Number |

| | |
|---|---|
| X **/s/ Thomas C. Rollins, Jr.** | Date    **October 20, 2025** |
| **Thomas C. Rollins, Jr. 103469** | |
| Signature of Attorney for Debtor(s) | |
| **P.O. Box 13767** | |
| **Jackson, MS 39236** | |
| Address, City, State, and Zip Code | |
| **601-500-5533** | **103469 MS** |
| Telephone Number | MS Bar Number |
| **trollins@therollinsfirm.com** | |
| Email Address | |

**Mississippi Chapter 13 Plan**      Page 4

# **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: October 23, 2025               /s/ Thomas C. Rollins, Jr.
                                     *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-51571-KMS |
|---|---|
| EMANUEL LEE DUCKSWORTH, JR<br>MARCELENE MICHELLE THOMPSON<br>DUCKSWORTH | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/23/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/23/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

EMANUEL LEE DUCKSWORTH, JR
MARCELENE MICHELLE THOMPSON
DUCKSWORTH

CASE NO: 25-51571-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/23/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/23/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                           EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING    US BANKRUPTCY COURT              AAA AMBULANCE
NCRS ADDRESS DOWNLOAD               DAN M RUSSELL  JR US COURTHOUSE  207 S 28TH AVE
CASE 25-51571-KMS                   2012 15TH STREET  SUITE 244      HATTIESBURG  MS 39401-7155
SOUTHERN DISTRICT OF MISSISSIPPI    GULFPORT  MS 39501-2036
THU OCT 23 9-29-12 PST 2025




AFFIRM  INC                         ALBERT                           BALANCE HEALTHCARE REC
ATTN BANKRUPTCY                     340 S LEMON AVE                  164 BURKE ST
650 CALIFORNIA ST                   STE 3801                         STE 201
FL 12                               CULVER CITY  CA 90232            NASHUA  NH 03060-4783
SAN FRANCISCO  CA 94108-2716




CFNA                                CAPITAL ONE                      CAVALRY PORTFOLIO
ATTN BANKRUPTCY                     ATTN BANKRUPTCY                  ATTN BANKRUPTCY
PO BOX 81315                        PO BOX 30285                     1 AMERICAN LN STE 220
CLEVELAND  OH 44181-0315            SALT LAKE CITY  UT 84130-0285    GREENWICH  CT 06831-2563




COMENITY                            COMPREHENSIVE RADIO              CREDIT ONE BANK
PO BOX 182273                       PO BOX 3488                      6801 CIMARRON RD
COLUMBUS  OH 43218-2273             TUPELO  MS 38803-3488            LAS VEGAS  NV 89113-2273




CROWN ASSET MANAGEMENT              DA SERVICES                      DAVE
3100 BRECKENRIDGE BLVD              1400 E TOUHY AVE                 265 S COCHRAN AVE
STE 725                             STE G2                           LOS ANGELES  CA 90019
DULUTH  GA 30096-7605               DES PLAINES  IL 60018-3338




EDFINANCIAL SERVICES L              EMPOWER                          FORREST GENERAL HOSP
120 N SEVEN OAKS DRIVE              10700 NALL AVE                   6051 MS HWY 49
KNOXVILLE  TN 37922-2359            LEAWOOD  KS 66211-1206           HATTIESBURG  MS 39401




FROSTARNETT CO                      GOLDMAN SACHS BANK USA           HATTIESBURG CLINIC
PO BOX 1280                         ATTN BANKRUPTCY                  415 SOUTH 28TH AVE
OAKS  PA 19456-1280                 PO BOX 70379                     HATTIESBURG  MS 39401-7283
                                    PHILADELPHIA  PA 19176-0379




JACOB LAW GROUP                     (P)KLARNA INC                    LVNV FUNDING LLC
2623 WEST OXFORD LOOP               ATTN BANKRUPTCY                  PO BOX 1269
OXFORD  MS 38655-5442               PO BOX 8116                      GREENVILLE  SC 29602-1269
                                    COLUMBUS OH 43201-0116




PERSONIFY                           REGIONS BANK                     RELIAS EMERGENCY MED
PO BOX 208417                       ATTN BANKRUPTCY                  PO BOX 30275
DALLAS  TX 75320-8417               2050 PARKWAY OFFICE              CHARLOTTE  NC 28230-0275
                                    BIRMINGHAM  AL 35244-1805
```

```
RELIAS EMERGENCY MEDIC              SANTANDER CONSUMER                  TBOM
PO BOX 30275                        ATTN BANKRUPTCY                     14600 NORTHWEST
CHARLOTTE   NC 28230-0275           PO BOX 961211                       BEAVERTON  OR 97006
                                    FORT WORTH  TX 76161-0211




                                    EXCLUDE

(P)TOWER LOAN                       UNITED STATES TRUSTEE               WESLEY HEALTH SYSTEM  LLC DBA MERIT HEALTH W
P O BOX 320001                      501 EAST COURT STREET               CO DAVID L MENDELSON
FLOWOOD MS 39232-0001               SUITE 6-430                         PO BOX 17235
                                    JACKSON  MS 39201-5022              MEMPHIS  TN 38187-0235




EXCLUDE                             DEBTOR

(P)DAVID RAWLINGS                   EMANUEL LEE DUCKSWORTH JR           MARCELENE MICHELLE THOMPSONDUCKSWORTH
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE   19 PINE BARK COVE              19 PINE BARK COVE
PO BOX 566                          HATTIESBURG  MS 39401-5635          HATTIESBURG  MS 39401-5635
HATTIESBURG MS 39403-0566




EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```