Certificate Number: 17082-MSS-DE-040291911

Bankruptcy Case Number: 25-51571



17082-MSS-DE-040291911

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2025, at 3:52 o'clock PM MST, EMANUEL L DUCKSWORTH Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   November 9, 2025          By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director