# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51571  **Case Name:** Emanuel Lee Ducksworth, Jr and Marcelene Michelle Tho

**Set:** 12/16/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Santander Consumer USA Inc. (Dkt. #20) - AGREED ORDER TO BE SUBMITTED BY MEYER

Objection to Confirmation filed by the Trustee (Dkt. #22) - ORDER WITHDRAWING OBJECTION ENTERED 12/11/25

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Meyer to submit an Agreed Order on the Objection filed by Santander Consumer USA Inc. [20]. Order due by 12/30/2025. Confirmation hearing removed. (mcc)