United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51571-KMS
Emanuel Lee Ducksworth, Jr  Chapter 13
Marcelene Michelle Thompson-Ducksworth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Dec 12, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Emanuel Lee Ducksworth, Jr, Marcelene Michelle Thompson-Ducksworth, 19 Pine Bark Cove, Hattiesburg, MS 39401-5635

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

**Name**     **Email Address**

Brian Christopher Wilson
    on behalf of Trustee David Rawlings bwilson@rawlings13.net

Christopher D Meyer
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital cmeyer@burr.com
    sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

David Rawlings
    ecfnotices@rawlings13.net sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Emanuel Lee Ducksworth Jr trollins@therollinsfirm.com,
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2025 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Joint Debtor Marcelene Michelle Thompson-Ducksworth trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

25-51571-KMS Dkt 27 Filed 12/14/25 Entered 12/14/25 23:35:05 Page 2 of 4

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| In re: | Case No.: 25-51571-KMS |
| Emanuel Lee Ducksworth, Jr and Marcelene Michelle Thompson-Ducksworth, | Chapter: 13 |
| Debtors. | |

### AGREED ORDER ON OBJECTION OF SANTANDER CONSUMER USA INC. TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The Court has before it Creditor Santander Consumer USA Inc. dba Chrysler Capital's ("SCUSA") Objection to Confirmation of Debtors' Chapter 13 plan (docket number 20) set for hearing on December 16, 2025. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2025 Jeep Grand Cherokee bearing Vehicle Identification Number 1C4RJGAG8SC300511 (the "'Collateral") [Claim 3] shall be paid pursuant to SCUSA's Proof of Claim, with 10% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

64281326 v1

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

##END OF ORDER##

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtors*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Consumer USA Inc. dba Chrysler Capital*

*/s/* /s/ Brian Wilson, Atty for
Attorney for David Rawlings
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

64281326 v1