United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51571-KMS
Emanuel Lee Ducksworth, Jr  Chapter 13
Marcelene Michelle Thompson-Ducksworth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Dec 18, 2025     Form ID: n031     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Emanuel Lee Ducksworth, Jr, Marcelene Michelle Thompson-Ducksworth, 19 Pine Bark Cove, Hattiesburg, MS 39401-5635 |
| 5578256 | + | AAA Ambulance, 207 S 28th Ave, Hattiesburg, MS 39401-7155 |
| 5578258 | | Albert, 340 S Lemon Ave, Ste 3801, Culver City, CA 90232 |
| 5578259 | + | Balance Healthcare Rec, 164 Burke St, Ste 201, Nashua, NH 03060-4783 |
| 5578264 | + | Comprehensive Radio, PO BOX 3488, Tupelo, MS 38803-3488 |
| 5578268 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5578270 | + | Empower, 10700 Nall Ave, Leawood, KS 66211-1206 |
| 5578271 | | Forrest General Hosp, 6051 MS Hwy 49, Hattiesburg, MS 39401 |
| 5578272 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5578280 | + | Relias Emergency Med, P.O. Box 30275, Charlotte, NC 28230-0275 |
| 5578281 | + | Relias Emergency Medic, P.O. Box 30275, Charlotte, NC 28230-0275 |
| 5579510 | | Wesley Health System, LLC dba Merit Health Wesley, C/O DAVID L. MENDELSON, P.O. BOX 17235, MEMPHIS, TN 38187-0235 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2025 19:43:00 | Santander Consumer USA Inc. dba Chrysler Capital, 1601 Elm Street, Suite 800, Dallas, TX 75201-7260 |
| 5578257 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 18 2025 19:48:05 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5578262 | + | Email/Text: BKPT@cfna.com | Dec 18 2025 19:43:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5584807 | | Email/Text: BKPT@cfna.com | Dec 18 2025 19:43:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5578260 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 19:48:07 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5589284 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 18 2025 19:48:04 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5578261 | + | Email/Text: bankruptcy@cavps.com | Dec 18 2025 19:43:00 | Cavalry Portfolio, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 5578263 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 19:43:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5578265 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2025 19:48:07 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5578266 | + | Email/Text: bankruptcies@crownasset.com | Dec 18 2025 19:43:00 | Crown Asset Management, 3100 Breckenridge Blvd, Ste 725, Duluth, GA 30096-7605 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: n031 | Total Noticed: 37 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5578267 | ^ | MEBN | Dec 18 2025 19:38:05 | D&A Services, 1400 E Touhy Ave, Ste G2, Des Plaines, IL 60018-3338 |
| 5578269 | + | Email/Text: EBN@edfinancial.com | Dec 18 2025 19:43:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5602312 | + | Email/Text: bankruptcy@towerloan.com | Dec 18 2025 19:43:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5578273 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 18 2025 19:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5578274 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Dec 18 2025 19:43:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5578275 | ^ | MEBN | Dec 18 2025 19:38:19 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5578276 | | Email/Text: customerservice.us@klarna.com | Dec 18 2025 19:43:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5578277 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 19:48:04 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5578278 | | Email/Text: Contact@PersonifyFinancial.com | Dec 18 2025 19:43:00 | Personify, P.O. Box 208417, Dallas, TX 75320-8417 |
| 5578279 | + | Email/Text: newbk@Regions.com | Dec 18 2025 19:43:00 | Regions Bank, Attn: Bankruptcy, 2050 Parkway Office, Birmingham, AL 35244-1805 |
| 5578282 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2025 19:43:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5584963 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2025 19:43:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital, 1601 Elm St Ste 800, Dallas, TX 75201-7260 |
| 5578284 | | Email/Text: bankruptcy@towerloan.com | Dec 18 2025 19:43:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5578283 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 18 2025 19:43:00 | Tbom, 14600 Northwest, Beaverton, OR 97006 |
| 5585794 | + | Email/Text: EBN@edfinancial.com | Dec 18 2025 19:43:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025          Signature:          /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: n031 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| Christopher D Meyer | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Emanuel Lee Ducksworth Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Marcelene Michelle Thompson-Ducksworth trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51571−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Emanuel Lee Ducksworth Jr<br>19 Pine Bark Cove<br>Hattiesburg, MS 39401 | Marcelene Michelle<br>Thompson−Ducksworth<br>fka Marcelene Michelle Thompson<br>19 Pine Bark Cove<br>Hattiesburg, MS 39401 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on December 18, 2025 (Dkt. # 28 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: December 18, 2025                    Danny L. Miller, Clerk of Court