# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Emanuel Lee Ducksworth, Jr.　　　　　　　BANKRUPTCY NO. 25-51571-KMS
　　　　　Marcelene Michelle Thompson-Ducksworth

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

　　　Pursuant to Bankruptcy Rules 2002 and 9010, John S. Simpson of the law firm of Simpson Law Firm PA, hereby enters his appearance as attorney for Advanced Recovery Systems, Inc. and requests that all documents, pleadings and mailings be sent to Simpson Law Firm PA.

　　　Please add the following name and address to the list of creditors:

>　　　John S. Simpson, MSB No. 8525
>　　　Simpson Law Firm PA
>　　　Attorney for Advanced Recovery Systems, Inc.
>　　　P.O. Box 2058
>　　　Madison, MS  39130-2058
>　　　(601) 957-6600
>　　　jsimpson@simpsonlawfirm.net

Date:  December  29 , 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John S. Simpson
　　　　　　　　　　　　　　　　　　　　　　　　John S. Simpson

## CERTIFICATE OF SERVICE

　　　I certify that copies of the foregoing documents were served upon the following:

Thomas Carl Rollins, Jr., MSB No. 103469　　　David Rawlings, Chapter 13 Trustee
Attorney for Debtors　　　　　　　　　　　　　P.O. Box 566
The Rollins Law Firm　　　　　　　　　　　　　Hattiesburg, MS 39403
P.O. Box 13767　　　　　　　　　　　　　　　 (601)582-5011
Jackson, MS 39236　　　　　　　　　　　　　　drawlings@rawlings13.net
(601)500-5533
trollins@therollinsfirm.com

　　　by electronic notice, on December  29 , 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John S. Simpson
　　　　　　　　　　　　　　　　　　　　　　　　John S. Simpson