UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   EMANUEL LEE DUCKSWORTH, JR
         MARCELENE MICHELLE THOMPSON-DUCKSWORTH
         DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-51571 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Late Filed Claim:

ADVANCED RECOVERY SYSTEMS, INC.
c/o SIMPSON LAW FIRM, P.A.
P.O. BOX 2058
MADISON, MS  39130

Court Claim No. 8

Amount of Claim: $8,213.34

Classification:  UNSECURED

Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtors to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/  David Rawlings
David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

    I, David Rawlings, do hereby certify that on January 05, 2026, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

EMANUEL LEE DUCKSWORTH, JR  
MARCELENE MICHELLE  
THOMPSON-DUCKSWORTH  
19 Pine Bark Cove  
Hattiesburg, MS 39401

THOMAS C. ROLLINS, JR  
P O Box 13767  
Jackson, MS 39236

ADVANCED RECOVERY SYSTEMS, INC.  
c/o SIMPSON LAW FIRM, P.A.  
P.O. BOX 2058  
MADISON, MS 39130

*/s/ David Rawlings*  
DAVID RAWLINGS, TRUSTEE