IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Emanuel Lee Ducksworth, Jr                    Case No. 25-51571-KMS
         Marcelene Michelle Thompson-Ducksworth, Debtors      CHAPTER 13

**OBJECTION TO MOTION TO ALLOW LATE FILED CLAIM**

COME NOW, Debtors, by and through counsel, and object to Trustee's Motion to Allow Late Filed Claim (dk # 32) as follows:

1. Debtors commenced this case on 10/20/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. That the Claims deadline for non-governmental claims was Monday, December 29, 2025. This date is not a holiday or weekend date.

3. That the unsecured claim filed by Advanced Recovery Systems, Inc, c/o Simpson Law Firm, claim number 8, was filed on Tuesday, December 30, 2025, past the claims deadline.

4. That the claim was assigned to Advanced Recovery Systems by Hattiesburg Clinic Professional Association.

5. That Hattiesburg Clinic was listed on the original list of creditors at the time of filing the case.

6. That the claim should be disallowed as filed since it was filed past the claims deadline.

WHEREFORE, Debtors pray for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr. (MSBN 103469)
      Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Objection was forwarded on January 7, 2026, to:

By USPS First Class Mail:

    Advanced Recovery Systems, Inc.
    c/o Simpson Law Firm, P.A.
    P.O. Box 2058
    Madison, MS 39130

By Electronic CM/ECF Notice:

    David Rawlings

    U.S. Trustee

                                    /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.