# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51571  **Case Name:** Emanuel Lee Ducksworth, Jr and Marcelene Michelle Tho

**Set:** 02/26/2026 10:30 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter**  Motion to Allow Claim filed by Advanced Recovery Systems, Inc.. (Claim No. 8) Filed by Trustee David Rawlings. (Attachments: # 1 Proposed Order) (Dkt. #32)

Response filed by the Debtors (Dkt. #33)

Minute Entry Re: (related document(s): [32] Motion to Allow Late, Amended, or Supplemental Claim filed by David Rawlings) Appearance: Brian Christopher Wilson, Jennifer Calvillo. Agreed order will be submitted by Wilson. Order due by 03/12/2026. (cwe)