**SO ORDERED,**



Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 16, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                     CHAPTER 13 PROCEEDING
  EMANUEL LEE DUCKSWORTH, JR                           25-51571 KMS
  MARCELENE MICHELLE THOMPSON-DUCKSWORTH
  19 Pine Bark Cove                                                     SSN:  XXX-XX-5296
  Hattiesburg, MS  39401

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  WAL*MART PAYROLL DEPARTMENT
  PO BOX 82
  BENTONVILLE, AR  72712-0082

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net