

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **Emanuel Lee Ducksworth, Jr.** | **CASE NO: 25-51571 KMS** |
| **Marcelene Michelle** | |
| **Thompson-Ducksworth,** | **CHAPTER 13** |
| **DEBTOR(S).** | |

Brian Wilson, Esq.
Thomas Carl Rollins, Jr., Esq.

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on April 16, 2026, at 10:30 a.m. in the William F. Colmer Federal Courthouse, Courtroom 1, 701 North Main Street, Hattiesburg, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on February 26, 2026, on the Motion to Allow Claim of Advanced Recovery Systems, Inc. filed by the Trustee (Dkt. #32) in the above-styled case.    *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##