_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 18, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      EMANUEL LEE DUCKSWORTH, JR. and
            MARCELENE MICHELLE THOMPSON-DUCKSWORTH.,

       DEBTOR(S)

                                    CHAPTER 13 BANKRUPTCY
                                    CASE NO. 25-51571-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON
### MOTION TO ALLOW LATE FILED CLAIM

ON FEBRUARY 26, 2026, THIS CAUSE came on to be heard on the Trustee's Motion to Allow the Late Filed Claim of Advanced Recovery Systems, Inc., c/o Simpson Law Firm, P.A., [Claim No. 8] (Docket No. 32) and the Debtor's Response (Docket No. 33), and the Court finds the Motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Motion to Allow the Late Filed Claim of Advanced Recovery Systems, Inc. [Claim No. 8] is granted and said Claim is allowed.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed by:

/s/ Thomas C. Rollins, Jr.
Submitted and Approved By:

/s/Brian Wilson, Attorney
for the Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net