_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 19, 2026**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

     EMANUEL LEE DUCKSWORTH, JR.          CASE NO. 25-51571 KMS
     MARCELENE MICHELLE
     THOMPSON-DUCKSWORTH,                   CHAPTER 13

     DEBTOR(S).


## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #39) entered on March 17, 2026, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Motion to Allow Claim of Advanced Recovery Systems, Inc. filed by the Trustee (Dkt. #32) in the above-styled case.   The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##