United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                            Case No. 25-51571-KMS

Emanuel Lee Ducksworth, Jr                                               Chapter 13

Marcelene Michelle Thompson-Ducksworth

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

**Recip ID**       **Recipient Name and Address**
db/jdb         + Emanuel Lee Ducksworth, Jr, Marcelene Michelle Thompson-Ducksworth, 19 Pine Bark Cove, Hattiesburg, MS 39401-5635

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5606676 | Email/Text: rboone@simpsonlawfirm.net | | |
| | | Mar 18 2026 19:51:00 | Advanced Recovery Systems, Inc., c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

    NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:

**Name**       **Email Address**

Brian Christopher Wilson
      on behalf of Trustee David Rawlings bwilson@rawlings13.net

Christopher D Meyer
      on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital cmeyer@burr.com
      sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

David Rawlings

District/off: 0538-6          User: mssbad          Page 2 of 2

Date Rcvd: Mar 18, 2026          Form ID: pdf012          Total Noticed: 2

ecfnotices@rawlings13.net  sduncan@rawlings13.net

John S. Simpson

on behalf of Creditor Advanced Recovery Systems  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Marcelene Michelle Thompson-Ducksworth trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Emanuel Lee Ducksworth  Jr trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      EMANUEL LEE DUCKSWORTH, JR. and
MARCELENE MICHELLE THOMPSON-DUCKSWORTH.,

      DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-51571-KMS

DAVID RAWLINGS, TRUSTEE

## ORDER ON
## <u>MOTION TO ALLOW LATE FILED CLAIM</u>

ON FEBRUARY 26, 2026, THIS CAUSE came on to be heard on the Trustee's Motion to Allow the Late Filed Claim of Advanced Recovery Systems, Inc., c/o Simpson Law Firm, P.A., [Claim No. 8] (Docket No. 32) and the Debtor's Response (Docket No. 33), and the Court finds the Motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Motion to Allow the Late Filed Claim of Advanced Recovery Systems, Inc. [Claim No. 8] is granted and said Claim is allowed.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed by:

/s/ Thomas C. Rollins, Jr.
Submitted and Approved By:

/s/Brian Wilson, Attorney
for the Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net