United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-51571-KMS

Emanuel Lee Ducksworth, Jr                                                Chapter 13

Marcelene Michelle Thompson-Ducksworth

      Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Mar 19, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + Emanuel Lee Ducksworth, Jr, Marcelene Michelle Thompson-Ducksworth, 19 Pine Bark Cove, Hattiesburg, MS 39401-5635

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Brian Christopher Wilson
        on behalf of Trustee David Rawlings bwilson@rawlings13.net

Christopher D Meyer
        on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital cmeyer@burr.com
        sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

David Rawlings
        ecfnotices@rawlings13.net sduncan@rawlings13.net

John S. Simpson
        on behalf of Creditor Advanced Recovery Systems  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr
        on behalf of Debtor Emanuel Lee Ducksworth  Jr trollins@therollinsfirm.com,
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: Mar 19, 2026        Form ID: pdf012        Total Noticed: 1

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Marcelene Michelle Thompson-Ducksworth trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 19, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| **EMANUEL LEE DUCKSWORTH, JR.** | **CASE NO. 25-51571 KMS** |
| **MARCELENE MICHELLE** | |
| **THOMPSON-DUCKSWORTH,** | **CHAPTER 13** |

        **DEBTOR(S).**

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #39) entered on March 17, 2026, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Motion to Allow Claim of Advanced Recovery Systems, Inc. filed by the Trustee (Dkt. #32) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##